ORIGINAL

Justin Fok, Esq., CSBN: 242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile: (408) 437-9788
Email: jfok@jclawoffice.com

FILED
2007 JUN 20 P 2:29
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Attorney for Plaintiff
**Zhenxiang Li**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zhenxiang Li | Case No. |
| Plaintiff, | C07 03253 EDL |
| v. | |
| **Alberto Gonzales**, United States Attorney General, U.S. Department of Justice; **Michael Chertoff**, Secretary of the Department of Homeland Security; **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services; | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| | **Immigration Case** |
| Defendants | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

///

///

///

///

Case No.                                                                 1
Certification of Interested Entities or Persons

1  Dated: 6/20/07

Respectfully Submitted,

*[signature]*

Justin Fok, CSBN: 242272
Attorney for Plaintiff

Case No.                                                                 2
Certification of Interested Entities or Persons