**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZHENXIANG LI,

    Plaintiff,                                No. C 07-03253 EDL

    v.                                     CLERK'S NOTICE

ALBERTO GONZALES, et al.,

    Defendants.

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference currently scheduled for September 25, 2007 at 3:00 p.m. has been continued to **October 2, 2007 at 10:00 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. A joint case management statement shall be filed no later than September 25, 2007.

Dated: August 21, 2007

                                                           FOR THE COURT,
                                                           Richard W. Wieking, Clerk

                                       by: _____
                                                   Lili M. Harrell
                                                   Courtroom Deputy