Justin Fok, Esq., CA State Bar #242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Zhengxiang Li

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **Zhenxiang Li,** | Case No. C 07-3253 EDL |
| Plaintiff, | **PARTIES JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |
| v. | |
| **Alberto Gonzales**, United States Attorney General, U.S. Department of Justice; **Michael Chertoff**, Secretary of the Department of Homeland Security; **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services | |
| Defendants. | |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them. Here, the parties agree that referral to a formal ADR process

Parties' Joint Request for Exemption                      1
C 07-3253 EDL

1  will not be beneficial because this mandamus action is limited to plaintiff's request that this
2  Court compel defendants to adjudicate the application for adjustment of status. Given the
3  substance of the action and the lack of any potential middle ground, ADR will only serve to
4  multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR
5  L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and
6  that they be excused from participating in the ADR phone conference and any further formal
7  ADR process.

Respectfully Submitted,

Dated: September 4, 2007             _____/s/_____
                                     Justin G. Fok
                                     Attorney for Plaintiff


Dated: September 4, 2007             _____/s/_____
                                     Melanie L. Proctor
                                     Assistant United States Attorney
                                     Attorney for Defendants


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:                                _____
                                     Elizabeth D. Laporte
                                     United States Magistrate Judge

Parties' Joint Request for Exemption         2
C 07-3253 EDL