Justin Fok, Esq., CSB#242272
Law Offices of Jean D. Chen
2107 N. 1st Street, Suite 300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Zhenxiang Li

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **Zhenxiang Li** | Case No. C 07-3253 EDL |
| Plaintiff, | |
| v. | |
| **Alberto Gonzales,** United States Attorney General, U.S. Department of Justice; **Michael Chertoff**, Secretary of the Department of Homeland Security; **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services; | **JOINT CASE MANAGEMENT STATEMENT; AND [PROPOSED] ORDER** |
| Defendants | |

**1. Jurisdiction and Service**

The basis asserted by Plaintiff for this Court's jurisdiction is 28 U.S.C. § 1361, 28 U.S.C. § 1331, and 5 U.S.C. §§ 551, 702.  The parties do not dispute that venue is proper in this district. No issues exist regarding personal jurisdiction or venue, and no parties remain to be served.

**2.  Facts**

Plaintiff is a native of China who applied to adjust his status to lawful permanent residence with the United States Citizenship and Immigration Services (USCIS) on October 29, 2004.  The

1  USCIS has yet to adjudicate Plaintiff's I-485 application.  The plaintiff filed an action, through
2  counsel, on June 20, 2007, seeking an order from this Court directing USCIS to adjudicate his I-
3  485 application.

4  **3. Legal Issues**

5  1. Whether this Court should dismiss the plaintiff's action for failure to state a claim and for lack
6  of subject matter jurisdiction.

7  2. Whether the delay in the adjudication of Plaintiff's I-485 application is unreasonable.

8  **4. Motions**

9  No motions have been filed.  The parties intend to file cross-motions for summary judgment.

10 **5. Amendment of Pleadings**

11 No parties, claims or defenses are expected to be added or dismissed.

12 **6. Evidence Preservation**

13 The parties do not have any evidence that falls within this category.

14 **7. Disclosures**

15 The parties believe that review will be confined to the administrative record and thus the
16 disclosure requirements of Fed. R. Civ. P. 26 do not apply.

17 **8. Discovery**

18 The parties do not intend to take any discovery in this case.

19 **9. Class Actions**

20 N/A

21 **10. Related Cases**

22 The parties are not aware of any related case or cases.

23 **11. Relief**

24 The plaintiff asks this Court to direct the USCIS to adjudicate his I-485 application forthwith.

25 **12. Settlements and ADR**

26 On September 4, 2007, the parties filed a request to be excused from the formal ADR process for
27 this case.

28 **13. Consent to Magistrate Judge for All Purposes**

The parties have already consented to proceed before a Magistrate Judge.

**14. Other References**

The parties do not believe that this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**15. Narrowing of Issues**

The parties do not believe that the issues can be narrowed by agreement or by motion, and do not have suggestions to expedite the presentation of evidence at trial, and any request to bifurcate issues, claims or defenses.

**16. Expedited Schedule**

The parties believe this case can be resolved on cross-motions for summary judgment.

**17. Scheduling**

The parties will notice and move for summary judgment with the following proposed due dates:

    Parties' cross-motions for summary judgment:    October 23, 2007

    Parties' opposition motions:    November 6, 2007

The Parties respectfully request that the Court take this matter under submission based on the above motions and that no summary judgment hearing be held for this case. Should the Court deem that a hearing is necessary, the parties propose a summary judgment hearing date of November 27, 2007.

**18. Trial**

The parties do not anticipate the need for a trial in this case.

**19. Disclosure of Non-Party Interested Entities or Persons**

The parties filed the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16.

**20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter**

None.

///

///

Case No. C 07-3253 EDL    3
JOINT CASE MANAGEMENT STATEMENT; AND [PROPOSED] ORDER

1 | Dated: September 24, 2007             /s/
                      Justin G. Fok
                      Law Offices of Jean D. Chen
                      Attorney for Plaintiff

Dated: September 24, 2007             /s/
                      Melanie L. Proctor
                      Assistant United States Attorney
                      Attorney for Defendants

**ORDER**

  The Case Management Statement and Proposed Order are hereby adopted as the Case Management Order for the case and the parties are hereby ordered to comply with this order.

Dated: _____            _____
                      ELIZABETH D. LAPORTE
                      United States Magistrate Judge