1  Justin Fok, Esq., CSB#242272
   Law Offices of Jean D. Chen
2  2107 N. 1st Street, Suite 300
3  San Jose, CA 95131
   Telephone: (408) 437-1788
4  Facsimile:  (408) 437-9788
   Email: jfok@jclawoffice.com
5

6  Attorney for Plaintiff
   Zhenxiang Li
7

8                     **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                     **SAN FRANCISCO DIVISION**

11

12 **Zhenxiang Li**                          )  Case No. C 07-3253 EDL
                                             )
13              Plaintiff,                   )
                                             )
   v.                                        )
14                                           )
   **Alberto Gonzales,** United States Attorney )  **STIPULATION TO VACATE INITIAL**
15 General, U.S. Department of Justice;      )  **CASE MANAGEMENT CONFERENCE**
                                             )  **OR IN THE ALTERNATIVE**
   **Michael Chertoff**, Secretary of the    )  **RESCHEDULE CONFERENCE; AND**
16 Department of Homeland Security;          )  **[PROPOSED] ORDER**
   **Emilio T. Gonzalez**, Director of United States )
17 Citizenship and Immigration Services;     )
                                             )  Date: October 2, 2007
18                                           )  Time: 10:00 a.m.
                                             )
19              Defendants                   )
                                             )
20 _____ )

21       Subject to the Court's approval, the Parties hereby stipulate to vacate the Initial Case

22 Management Conference scheduled for October 2, 2007 at 10:00 a.m.  The Parties request that

23 the Court adopt the Joint Case Management Statement filed on September 24, 2007 as the Case

24 Management Order without the need to appear for a Case Management Conference.

25

26       Should the Court deem an Initial Case Management Conference necessary, the Parties

27 hereby request that the Conference be rescheduled for October 23, 2007.

28

   Case No. C 07-3253 EDL                    1
   Stipulate to Vacate Case Management Conference

1    Dated:  October 1, 2007                                    _____/s/_____

2                                                               Justin G. Fok
                                                                Law Offices of Jean D. Chen
3                                                               Attorney for Plaintiff

4

5    Dated:  October 1, 2007                                    _____/s/_____
                                                                Melanie L. Proctor
6                                                               Assistant United States Attorney
                                                                Attorney for Defendants
7

8

9                              **[PROPOSED] ORDER**

10   The Case Management Conference scheduled for October 2, 2007 in the above-captioned matter

11   is hereby vacated.  The court will adopt the Joint Case Management Statement as the Case

12   Management Order.  IT IS SO ORDERED.

13

14

15   Dated: _____                    _____
                                                ELIZABETH D. LAPORTE
16                                              United States Magistrate Judge

17

18

19                       **ALTERNATIVE [PROPOSED] ORDER**

20   The Case Management Conference scheduled for October 2, 2007 has been rescheduled for

21   October 23, 2007. IT IS SO ORDERED

22

23

24   Dated: _____                    _____
                                                ELIZABETH D. LAPORTE
25                                              United States Magistrate Judge

26

27

28

     Case No. C 07-3253 EDL                        2
     Stipulate to Vacate Case Management Conference