Justin Fok, Esq., CSB#242272
Law Offices of Jean D. Chen
2107 N. 1st Street, Suite 300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Zhenxiang Li

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **Zhenxiang Li**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**Alberto Gonzales,** United States Attorney General, U.S. Department of Justice;<br>**Michael Chertoff**, Secretary of the Department of Homeland Security;<br>**Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services;<br><br>　　　　Defendants | Case No. C 07-3253 EDL<br><br>**STIPULATION TO VACATE INITIAL CASE MANAGEMENT CONFERENCE OR IN THE ALTERNATIVE RESCHEDULE CONFERENCE; AND [P~~ROPOSE~~D] ORDER**<br><br>Date: October 2, 2007<br>Time: 10:00 a.m. |

　　　Subject to the Court's approval, the Parties hereby stipulate to vacate the Initial Case Management Conference scheduled for October 2, 2007 at 10:00 a.m.  The Parties request that the Court adopt the Joint Case Management Statement filed on September 24, 2007 as the Case Management Order without the need to appear for a Case Management Conference.

　　　Should the Court deem an Initial Case Management Conference necessary, the Parties hereby request that the Conference be rescheduled for October 23, 2007.

Case No. C 07-3253 EDL　　　　　　　　　　　1
Stipulate to Vacate Case Management Conference

1  Dated: October 1, 2007                            _____/s/_____
2                                                    Justin G. Fok
3                                                    Law Offices of Jean D. Chen
                                                     Attorney for Plaintiff
4

5  Dated: October 1, 2007                            _____/s/_____
6                                                    Melanie L. Proctor
                                                     Assistant United States Attorney
7                                                    Attorney for Defendants

8

9                              **[PROPOSED] ORDER**

10  ~~The Case Management Conference scheduled for October 2, 2007 in the above-captioned matter~~
11  ~~is hereby vacated. The court will adopt the Joint Case Management Statement as the Case~~
12  ~~Management Order. IT IS SO ORDERED.~~

13

14

15  ~~Dated:_____~~                      _____
16                                                   ~~ELIZABETH D. LAPORTE~~
                                                     ~~United States Magistrate Judge~~
17

18

19                       **ALTERNATIVE [~~PROPOSED~~] ORDER**

20  The Case Management Conference scheduled for October 2, 2007 has been rescheduled for
21  October 23, 2007. IT IS SO ORDERED

22

23

24  Dated: __October 1, 2007__                       _____
25                                                   ELIZABETH D. LAPORTE
                                                     United States Magistrate Judge
26

27

28

Case No. C 07-3253 EDL                    2
Stipulate to Vacate Case Management Conference

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[STAMP: IT IS SO ORDERED / Judge Elizabeth D. Laporte]