1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12 | ZHENXIANG LI,                              )   No. C 07-3253 EDL
   |                                            )
13 |                    Plaintiff,              )
   |                                            )
14 |       v.                                   )
   |                                            )
15 | ALBERTO GONZALES, United States            )   STIPULATION TO DISMISS;
   | Attorney General, U.S. Department of       )   [PROPOSED] ORDER
16 | Justice; MICHAEL CHERTOFF, Secretary       )
   | of the Department of Homeland Security;    )
17 | EMILIO T. GONZALEZ, Director of            )
   | United States Citizenship and Immigration  )
18 | Services;                                  )
   |                    Defendants.             )
19 |_____)

20       Plaintiff, by and through his attorney of record, and Defendants, by and through their

21 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

22 entitled action without prejudice in light of the fact that the United States Citizenship and

23 Immigration Services has approved Plaintiff's application for adjustment of status.

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION
No. C 07-3253 EDL

1 | The parties shall bear their own costs and fees.

Date: October 11, 20007                             Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


_____/s/_____
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants

Date: October 10, 2007

_____/s/_____
JUSTIN FOK
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  The case is DISMISSED.

Date:                                               _____
                                                    ELIZABETH LAPORTE
                                                    United States Magistrate Judge

STIPULATION
No. C 07-3253 EDL                    2