```
1  Justin Fok, Esq., CA Bar: 242272
   Law Offices of Jean D. Chen
2  2107 N. First Street, Suite 400
   San Jose, CA 95131
3  Telephone: (408) 437-1788
4  Facsimile:  (408) 437-9788
   Email: jfok@jclawoffice.com
5
6  Attorney for Plaintiff
   Zhenxiang Li
7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Zhenxiang Li**, | ) Case No. 07-3253 EDL |
| Plaintiff, | ) |
| v. | ) |
| | ) **NOTICE OF CHANGE OF ADDRESS** |
| **Alberto Gonzales**, United States Attorney General, U.S. Department of Justice; **Michael Chertoff**, Secretary of the Department of Homeland Security; **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services, | ) |
| Defendants. | ) |

NOTICE OF CHANGE OF ADDRESS

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT Justin G. Fok has changed addresses.

Current Contact Information:

Justin G. Fok
Law Offices of Jean D. Chen
2107 N. First Street, Suite 400
San Jose, CA 95131

Case No. 07-3253 EDL                          1
Notice of Change of Address

1 | Dated: October 17, 2007

Respectfully Submitted,

_____/s/_____
Justin Fok, CA Bar: 242272
Attorney for Plaintiff

Case No. 07-3253 EDL
Notice of Change of Address

2