SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZHENXIANG LI,<br><br>               Plaintiff,<br><br>   v.<br><br>ALBERTO GONZALES, United States Attorney General, U.S. Department of Justice; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services;<br>              Defendants. | No. C 07-3253 EDL<br><br>STIPULATION TO DISMISS;<br>[~~PROPOSED~~] ORDER |

     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has approved Plaintiff's application for adjustment of status.

///

///

///

///

///

STIPULATION
No. C 07-3253 EDL

1 | The parties shall bear their own costs and fees.

2 | Date: October 11, 20007            Respectfully submitted,

3 |            SCOTT N. SCHOOLS
           United States Attorney

           _____/s/_____
           MELANIE L. PROCTOR
           Assistant United States Attorney
           Attorneys for Defendants

Date: October 10, 2007

           _____/s/_____
           JUSTIN FOK
           Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The case is DISMISSED.

Date: October 18, 2007

*Elizabeth D. Laporte*
ELIZABETH LAPORTE
United States Magistrate Judge

STIPULATION
No. C 07-3253 EDL      2